## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

REF:  }  Case No. 11-02414
Dorothy L Walker }
 ) Chapter 13
Debtor }

## OBJECTION TO CLAIM NO 6
## TRUSTEE CLAIM NO 8-
## Covington Credit

> **PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

   **COMES NOW,** the debtor, Dorothy L Walker, by and through her attorney, and hereby files an Objection to the Claim number 6 Trustee Claim #8 of **Covington Credit** and as grounds for said objection will state as follows, viz:

1. Claim was filed as secured and should be filed as unsecured..

Respectfully submitted this day July 28, 2011.

/s/ Richard Shinbaum
RICHARD SHINABAUM
Attorney for Debtor

Richard Shinbaum
P O Box 201
Montgomery, AL 36101
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing objection on all parties listed below by CM/ECF or U S Mail on this day July 28, 2011

John C McAleer, III, Chapter 13 Trustee

Covington Credit of Al
c/o Southern Management Corp
P O Box 1947
Greenville, SC 29602