UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| In Re: | } | Case No 11-02414 |
| Dorothy L Walker | } | Chapter 13 |
| Debtor | } | |

### ORDER DISALLOWING CLAIM NO 6
### (TRUSTEE'S CLAIM NO 8)
### OF Covington Credit

**THIS MATTER**, having come before the Court, the Debtor's Objection to Claim No. 6(Trustee's Claim No 8) of Covington Credit, and based upon the pleadings and arguments of counsel, it is:

**ORDERED** that Claim No 6 (Trustee's Claim No 8) of Covington Credit is hereby **DISALLOWED.**

Dated: August 31, 2011

_____
MARGARET A. MAHONEY
CHIEF U.S. BANKRUPTCY JUDGE